

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00280-CV

ANNABELLE VEVERKA                                                    APPELLANT

V.

JUSTIN DENAPOLI                                                        APPELLEE

----------

## FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

The trial court signed a final order granting Appellee Justin Denapoli's motion for summary judgment on December 10, 2010. Appellant Annabelle Veverka timely filed a motion for new trial on January 7, 2011, which extended the deadline to file the notice of appeal until ninety days after December 10, 2010, *see* Tex. R. App. P. 26.1(a), but she did not file the notice of appeal until July 29, 2011, over four months beyond the expiration of the ninety-day period.

---

[1]*See* Tex. R. App. P. 47.4.

To the extent that Veverka attempts to appeal from the June 29, 2011 order denying her motion for new trial, the trial court's plenary power expired after 105 days from the date the trial court signed the order granting Denapoli's motion for summary judgment; therefore, the order denying Veverka's motion for new trial is void. *See* Tex. R. Civ. P. 329b(c), (e).

On August 12, 2011, we notified Veverka of our concern that we lack jurisdiction over this appeal because the notice of appeal was not timely filed. We informed Veverka that the appeal may be dismissed for want of jurisdiction unless she or any party desiring to continue the appeal filed with the court on or before August 22, 2011, a response showing grounds for continuing the appeal. Veverka filed a motion to retain the appeal, which we construe as her response, but it does not show grounds for continuing the appeal.

An untimely notice of appeal fails to vest jurisdiction in the court of appeals. *See* Tex. R. App. P. 25.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: September 29, 2011